UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X
                        :

MILAGROS SENIOR, *on behalf of herself and all others* :
*similarly situated*,                       :

                              :

                   Plaintiff,       :               26-CV-4981 (JMF)

                              :

        -v-                  :               ORDER

                              :

PRESTIGE TIME, LLC,              :

                              :

                   Defendant.     :

                              :

-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

     Plaintiff alleges that Defendant's website is not accessible to blind and visually impaired customers and, thus, violates Title III of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12181 *et seq*. In the Court's experience, cases involving such claims almost always settle, often even before the initial pretrial conference. To that end, by separate Order to be entered today, **the Court is referring this case to the assigned Magistrate Judge for General Pretrial Purposes, including settlement. To be clear, the referral does *not* encompass any dispositive motions, which will be handled by the undersigned in the normal course.**

     SO ORDERED.

Dated: June 16, 2026
     New York, New York                                  _____
                                                JESSE M. FURMAN
                                        United States District Judge